IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNION CENTRAL LIFE INSURANCE  )
COMPANY,                          )
                                  )     2:05-cv-2162-GEB-GGH
              Plaintiff,          )
                                  )
         v.                       )     ORDER
                                  )
CHRISTINA GOODMAN, and RENEE M.   )
ENRIQUEZ,                         )
                                  )
              Defendants.         )
_____)
```

On March 2, 2006, the parties lodged a "Stipulation and [Proposed] Order for Entry of Judgment in Interpleader" in this action. The Stipulation is adopted with respect to the following terms only:

1. That having deposited the Death Benefit, plus interest, for a total amount of Five Hundred Twenty Thousand Dollars and No Cents ($520,000.00) with the Clerk of this Court on or about October 26, 2005, Union Central is hereby discharged from liability for current or potential claims regarding David Enriquez's life insurance proceeds.

1

      2. That Plaintiff Union Central shall recover $4,280.35 from the death benefit deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit a check in the amount of $4,280.35 payable to The Union Central Life Insurance Company, to its attorneys, Reed Smith, LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612, Attention: Heather B. Hoesterey.

      IT IS SO ORDERED.

Dated: April 11, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge