IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>    v.<br><br>CHRISTINA GOODMAN and RENEE M. ENRIQUEZ,<br><br>               Defendants. | 2:05-cv-2162-GEB-GGH<br><br>ORDER |

         An Order to Show Cause ("OSC") as to why sanctions should not be imposed on the parties issued on March 15, 2006, for the parties' failure to file a joint status report. Sanctions will not be imposed.

         IT IS SO ORDERED.

Dated: July 14, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge