VAUGHT & BOUTRIS, LLP
Jon R. Vaught, Esq., SB#114590
Basil J. Boutris, Esq., SB#122758
Attorneys at Law
80 Swan Way, Suite 320
Oakland, CA 94621
Telephone: (510) 430-1518

  Attorneys for Renee M. Enriquez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINA GOODMAN and RENEE M. ENRIQUEZ, <br><br> Defendants. | Case No. 2:05-cv-2162-MCE-JFM <br><br> JUDGMENT BY STIPULATION |

  Pursuant to the Stipulation for Judgment entered into between Defendant Renee Enriquez ("Enriquez") and Defendant Christina Gooman ("Goodman"), by and through their respective counsel, and for good cause appearing,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT,

  1. Union interpled with the Clerk of the Court for the United States District Court for the Eastern District of California ("Clerk of the Court") the sum of Five Hundred Twenty Thousand and no/100 Dollars ($520,00.00) ("Interpled Funds").  In March 2006, Enriquez and Goodwin stipulated and agreed that Union could be dismissed as a party to the Complaint and further agreed that Union could receive the sum of Four Thousand Two Hundred Eighty and 35/100 ($4,280.35) as and for its attorneys fees.  Based on the stipulation and agreement, the Court dismissed Union and ordered the Clerk of the Court to remit to Union the sum of $4,280.35 from the Interepled Funds.

1    2.  From the remaining Interpled Funds, the Clerk of the Court shall disburse the following
2 amounts:
3        a) Ninety-Six Thousand Seven Hundred Fifty and no/100 Dollars ($96,750.00) to Donna
4 Day, as trustee of the David Enrique Children's Trust No. One.
5        b) Ninety-Six Thousand Seven Hundred Fifty and no/100 Dollars ($96,750.00) to Donna
6 Day, as trustee of the David Enrique Children's Trust No. Two.
7        c)  Six Thousand Five Hundred and no/100 Dollars ($6,500.00) to Defendant Christina
8 Goodman.
9        d) The remaining Interpled Funds to Defendant Renee Enriquez.

DATED: November 27, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2